UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNY THOMPSON (# 89353)  CIVIL ACTION

VERSUS

WEST YARD KITCHEN "B" TEAM  NO. 17-0528-BAJ-EWD

## R U L I N G

In August 2017, *pro se* Plaintiff, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, commenced this proceeding by submitting correspondence to the Court wherein he complained that the prison kitchen was closed on a single date, "to prevent anyone from being able to eat." Plaintiff further complained that the glasses and trays provided to inmates were generally not properly cleaned and that the prison officials assigned to serve inmates were neither "real dietitions" nor "equipped to handle the food properly."

Pursuant to correspondence dated September 29, 2017 (R. Doc. 3), the Court directed Plaintiff to re-submit his claim on the Court's approved Complaint form within twenty-one (21) days and, within such time, to either pay the Court's filing fee or submit a properly completed Motion to Proceed *In Forma Pauperis* and Statement of Account, blank copies of which were attached to the referenced correspondence. The Court's correspondence further specifically advised Plaintiff that a failure to amend the pleadings or provide the requested information or forms as indicated could result in the dismissal of this proceeding without further notice from the Court. *Id.*

A review of the record by the Court reflects that despite notice and an opportunity to appear, Plaintiff has failed to respond to the Court's directives as required and has failed to provide any justification for his failure to do so.   Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED,** without prejudice, for failure of Plaintiff to correct the deficiencies of which he was notified.   Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 8th day of November, 2017.

*[signature]*
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**